# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROOS, JASON A | § | Case No. 11-20954 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/17/2011. The undersigned trustee was appointed on 05/17/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    250,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 88,586.74 |
   | Bank service fees | 596.93 |
   | Other payments to creditors | 44,371.67 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 101,444.66 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/28/2011 and the deadline for filing governmental claims was 09/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,499.74 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,499.74 , for a total compensation of $ 12,499.74 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2014          By:/s/Robert B. Katz, Trustee
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No.: 11-20954 JPC Judge: JACQUELINE P COX
Case Name: ROOS, JASON A
For Period Ending: 01/09/14

Trustee Name: Robert B Katz, Trustee
Date Filed (f) or Converted (c): 05/17/11 (f)
341(a) Meeting Date: 06/23/11
Claims Bar Date: 09/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Real Estate located at: 1898 Jamestown Circle, Hof | 96,000.00 | 0.00 | | 0.00 | FA |
| 2 Checking account with Harris Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 Miscellaneous used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4 Personal used clothing | 350.00 | 0.00 | | 0.00 | FA |
| 5 Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 6 401k through employer | 15,315.99 | 0.00 | | 0.00 | FA |
| 7 Potential personal injury award Jason Roos and Anna | Unknown | Unknown | | 250,000.00 | FA |
| 8 Debtor received a tax refund of $2,113.00 for 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 9 98 Chevrolet Cavalier, 220,000 miles Value per Kel | 1,760.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values): $115,825.99 | $0.00 | | $250,000.00 | $0.00

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

Special counsel settled a cause of action for personal injury to debtor; he continues to pursue a further claim

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1
Exhibit B

Case No.: 11-20954 -JPC
Case Name: ROOS, JASON A
Taxpayer ID No: ******6701
For Period Ending: 01/09/14

Trustee Name: Robert B Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6987 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/12 | 7 | Allstate | DEPOSIT | 1142-000 | 15,000.00 | | 15,000.00 |
| 11/21/12 | 7 | American Family Insurance Group | DEPOSIT | 1142-003 | 100,000.00 | | 115,000.00 |
| 11/27/12 | 100001 | Fugene K Hollander, Esq<br>230 W Monroe<br>Suite 1900<br>Chicago, IL 60606 | DISBURSEMENT<br>Inclusive of any amounts due Donald Nathan<br>Fees         38,333.33<br>Expenses    1,022.18 | 3210-000<br>3220-000 | | 39,355.51 | 75,644.49 |
| 11/27/12 | 100002 | Jason A roos<br>1898 Jamestown Circle<br>Hoffman Estates, IL 60169 | DEBTOR'S EXEMPTION | 8100-004 | | 15,000.00 | 60,644.49 |
| 11/28/12 | 100003 | Alevan Brothers<br>Attn Suzanne Rosbach<br>3400 Salt Creek Lane<br>Arlington Heights, IL 6005 | Per court order 10/18/12 | 4210-004 | | 18,400.00 | 42,244.49 |
| 11/28/12 | | Transfer to Acct #********7001 | Bank Funds Transfer | 9999-000 | | 42,244.49 | 0.00 |
| 11/30/12 | 100003 | Alevan Brothers<br>Attn Suzanne Rosbach<br>3400 Salt Creek Lane<br>Arlington Heights, IL 6005 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -18,400.00 | 18,400.00 |
| 12/18/12 | | American Family Insurance Group | Check Bounced<br>After bank informed us that check had cleared, it was rejected by the issuing bank for insufficient signatures | 1142-003 | -100,000.00 | | -81,600.00 |
| 12/18/12 | 7 | American Family Insurance Group<br>Madison WI | DEPOSIT | 1142-000 | 100,000.00 | | 18,400.00 |
| 12/21/12 | | Transfer from Acct #********7001 | Bank Funds Transfer | 9999-000 | 21,792.82 | | 40,192.82 |
| 12/21/12 | | Transfer to Acct #********7001 | Bank Funds Transfer | 9999-000 | | 21,792.82 | 18,400.00 |
| | | | | Page Subtotals | 136,792.82 | 118,392.82 | |

UST Form 101-7-TFR (5/1/2011) (Page 4)    Ver 17 04b

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-20954 -JPC
Case Name: ROOS, JASON A
Taxpayer ID No: *******6701
For Period Ending: 01/09/14

Trustee Name: Robert B Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6987 Money Market Account (Interest Earn

Blanket Bond (per case limit) $ 5,000,000.00
Separate Bond (if applicable)

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.35 | 18,394.65 |
| * 01/22/13 | 100002 | Jason A roos<br>1898 Jamestown Circle<br>Hoffman Estates, IL 60169 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 8100-004 | | -15,000.00 | 33,394.65 |
| 01/22/13 | | Associated Bank | SERVICE CHARGE | 2600-000 | | 77.29 | 33,317.36 |
| 01/29/13 | | Transfer to Acct #*******7001 | Final Posting Transfer | 9999-000 | | 33,317.36 | 0.00 |

| COLUMN TOTALS | 136,792.82 | 136,792.82 | 0.00 |
|---|---|---|---|
| Less Bank Transfers/CD's | 21,792.82 | 97,354.67 | |
| Subtotal | 115,000.00 | 39,438.15 | |
| Less Payments to Debtors | | 0.00 | |
| Net | 115,000.00 | 39,438.15 | |

Page Subtotals 0.00 18,400.00

UST Form 101-7-TFR (5/1/2011) (Page 5)
Ver 17 04b

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-20954 -JPC | Trustee Name | Robert B Katz, Trustee |
|---|---|---|---|
| Case Name | ROOS, JASON A | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6701 | Account Number / CD # | ******7001 Checking Account |
| For Period Ending | 01/09/14 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/28/12 | | Transfer from Acct #*******6987 | Bank Funds Transfer | 9999-000 | 42,244.49 | | 42,244.49 |
| 11/28/12 | 010001 | The Center for Physical Health<br>Billing Department<br>2201 W. Schaumburg Rd<br>Schaumburg, IL 60194 | Per court order 10/18/12 | 4210-003 | | 5,520.00 | 36,724.49 |
| 11/28/12 | 010002 | Dr. John Mazzarella<br>Billing Department<br>1300 Iroquois Ave<br>Suite 140A<br>Naperville, IL 60563 | Per court order 10/18/12 | 4210-004 | | 5,060.00 | 31,664.49 |
| 11/28/12 | 010003 | Advanced physical Medicine Association<br>Dr John C Sarantopoulos<br>Billing Department<br>490 W Lake St<br>Suite 105<br>Roselle, IL 60172 | Per court order 10/18/12 | 4210-004 | | 3,450.00 | 28,214.49 |
| 11/28/12 | 010004 | Rogers Park One Day Surgery Center/<br>Paulina Anesthesia<br>7616 N Paulina Ave<br>Chicago, IL 60626 | Per court order 10/18/12 | 4210-004 | | 5,290.00 | 22,924.49 |
| 11/28/12 | 010005 | MRI Professionals<br>Key Health I ens<br>30699 Russell Ranch Rd<br>Westlake village, CA 91362 | Per court order 10/18/12 | 4210-004 | | 1,000.00 | 21,924.49 |
| 11/28/12 | 010006 | Bloomingdale Open MRI<br>Attn Barbara<br>303 E Army Trail Rd<br>Ste 110<br>Bloomingdale, IL 60108 | Per court order 10/18/12 | 4210-004 | | 624.00 | 21,300.49 |
| | | | | Page Subtotals | 42,244.49 | 20,944.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 6)

Ver 17 04b

Page 4
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 11-20954 -JPC | | Trustee Name | Robert B Katz, Trustee |
| Case Name | ROOS, JASON A | | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6701 | | Account Number / CD # | *******7001 Checking Account |
| For Period Ending | 01/09/14 | | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 11/28/12 | 010007 | Gold Coast Orthopedic and Spine Surgery C/O Dr Robert Fink 1150 N. State St 2nd Floor Chicago, IL 60610 | Per court order 10/18/12 | 4210-003 | | 4,630.00 | 16,670.49 |
| * 11/28/12 | 010007 | Gold Coast Orthopedic and Spine Surgery C/O Dr Robert Fink 1150 N State St 2nd Floor Chicago, IL 60610 | Per court order 10/18/12 | 4210-003 | | -4,630.00 | 21,300.49 |
| * 11/28/12 | 010008 | State Farm Insurance Attn Blake Russel, team 90 Subrogation Services P O Box 2374 Bloomington, IL 61702 | Per court order 10/18/12 | 4210-004 | | 667.67 | 20,632.82 |
| * 11/28/12 | 010009 | Gold Coast Orthopedic and Spine Surgery C/O Dr Robert Fink 1150 N State St 2nd Floor Chicago, IL 60610 | Per Court order 10/18/12 | 4210-004 | | 4,360.00 | 16,272.82 |
| * 11/29/12 | 010001 | The Center for Physical Health Billing Department 2201 W Schaumburg Rd Schaumburg, IL 60194 | Per court order 10/18/12 | 4210-003 | | -5,520.00 | 21,792.82 |
| * 11/30/12 | 010002 | Dr John Mazzarella Billing Department 1300 Iroquois Ave Suite 140A Naperville, IL 60563 | STOP PAYMENT REVERSAL MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -5,060.00 | 26,852.82 |
| * 11/30/12 | 010003 | Advanced physical Medicine Association | STOP PAYMENT REVERSAL | 4210-004 | | -3,450.00 | 30,302.82 |

Page Subtotals 0.00 -9,002.33

UST Form 101-7-TFR (5/1/2011) (Page 7)

Ver 17.04b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No | 11-20954 -JPC |
| --- | --- |
| Case Name | ROOS, JASON A |
| Taxpayer ID No | *******6701 |
| For Period Ending | 01/09/14 |

| Trustee Name | Robert B Katz, Trustee |
| --- | --- |
| Bank Name | ASSOCIATED BANK |
| Account Number / CD # | *******7001 Checking Account |
| Blanket Bond (per case limit) | $ 5,000,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MANUAL STOP PAY ACCEPTANCE | | | | |
| * 11/30/12 | 010004 | Dr. John C. Sarantopoulos<br>Billing Department<br>490 W. Lake St<br>Suite 105<br>Roselle, IL 60172 | STOP PAYMENT REVERSAL | 4210-004 | | -5,290.00 | 35,592.82 |
| * 11/30/12 | 010005 | Rogers Park One Day Surgery Center/<br>Paulina Anesthesia<br>7616 N. Paulina Ave.<br>Chicago, IL 60626 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -1,000.00 | 36,592.82 |
| * 11/30/12 | 010008 | MRI Professionals<br>Key Health Liens<br>30699 Russell Ranch Rd<br>Westlake village, CA 91362 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -667.67 | 37,260.49 |
| * 11/30/12 | 010009 | State Farm Insurance<br>Attn Blake Russel team 90<br>Subrogation Services<br>P.O. Box 2374<br>Bloomington, IL 61702 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -4,360.00 | 41,620.49 |
| 12/21/12 | | Gold Coast Orthopedic and Spine Surgery<br>C/O Dr Robert Fink<br>1150 N State St<br>2nd Floor<br>Chicago, IL 60610 | Transfer from Acct #*******6987 | 9999-000 | 21,792.82 | | 63,413.31 |
| 12/21/12 | | | Transfer to Acct #*******6987 | 9999-000 | | 21,792.82 | 41,620.49 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.81 | 41,612.68 |
| 01/22/13 | | Associated Bank | SERVICE CHARGE | 2600-000 | | 4.51 | 41,608.17 |
| 01/29/13 | | | Transfer In From MMA Account | 9999-000 | 33,317.36 | | 74,925.53 |
| * 01/29/13 | 010006 | Bloomingdale Open MRI<br>Attn Barbara | Transfer from Acct #*******6987<br>Check rejected by bank | 4210-004 | | -624.00 | 75,549.53 |

| | | | | Page Subtotals | 55,110.18 | 9,863.47 | |

UST Form 101-7-TFR (5/1/2011) (Page: 8)　　Ver. 17.04b

Page 6
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 11-20954 -JPC | Trustee Name | Robert B Katz, Trustee |
| --- | --- | --- | --- |
| Case Name | ROOS, JASON A | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6701 | Account Number / CD # | *******7001 Checking Account |
| For Period Ending | 01/09/14 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 010010 | 303 E Army Trail Rd Ste 110 Bloomingdale, IL 60108 Jason A Roos 1898 Jamestown Circle Hoffman Estates, IL 60169 | DISBURSEMENT Replacement for Debtor's exemption check issued 11/27/12. | 8100-004 | | 15,000.00 | 60,549.53 |
| * 02/06/13 | 010010 | Jason A Roos 1898 Jamestown Circle Hoffman Estates, IL 60169 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -15,000.00 | 75,549.53 |
| 02/06/13 | 010011 | Alexian Brothers Attn Suzanne Rosbach 3400 Salt Creek Lane Arlington Heights, IL 6005 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 18,400.00 | 57,149.53 |
| 02/06/13 | 010012 | Dr John Mazzarella Billing Department 1300 Iroquois Ave Suite 140/A Naperville, IL 60563 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 5,060.00 | 52,089.53 |
| 02/06/13 | 010013 | Advanced physical Medicine Association Dr John C Sarantopoulos Billing Department 490 W Lake St Suite 105 Roselle, IL 60172 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 3,450.00 | 48,639.53 |
| 02/06/13 | 010014 | Rogers Park One Day Surgery Center/ Paulina Anesthesia 7616 N Paulina Ave Chicago, IL 60626 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 5,290.00 | 43,349.53 |
| 02/06/13 | 010015 | MRI Professionals Key Health Lens | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 1,000.00 | 42,349.53 |
| | | | | Page Subtotals | 0.00 | 33,200.00 | |

UST Form 101-7-TFR (5/1/2011) (Page 9)

Ver 17.04b

Page 7
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-20954 -JPC
Case Name: ROOS, JASON A
Taxpayer ID No: *******6701
For Period Ending: 01/09/14

Trustee Name: Robert B Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******7001 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 010016 | 30699 Russell Ranch Rd Westlake village, CA 91362 Bloomingdale Open MRI Attn Barbara 303 E Army Trail Rd Ste 110 Bloomingdale, IL 60108 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 624.00 | 41,725.53 |
| 02/06/13 | 010017 | Gold Coast Orthopedic and Spine Surgery C/O Dr Robert Fink 1150 N State St 2nd Floor Chicago, IL 60610 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 4,360.00 | 37,365.53 |
| 02/06/13 | 010018 | State Farm Insurance Attn Blake Russel, team 90 Subrogation Services P O Box 2374 Bloomington, IL 61702 | DISBURSEMENT Replacement for check issued 11/28/12 | 4210-000 | | 667.67 | 36,697.86 |
| 02/07/13 | 010019 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | DISBURSEMENT | 2300-000 | | 61.88 | 36,635.98 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 104.08 | 36,531.90 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.54 | 36,462.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.59 | 36,401.77 |
| 04/11/13 * | | THE CENTER FOR PHYSICAL HEALTH | REVERSAL OF POSTING ERROR Rev Adj of 4/11/13 and 11/29/12 | 4210-003 | 5,520.00 | | 41,921.77 |
| 04/11/13 * | | THE CENTER FOR PHYSICAL HEALTH | | 4210-003 | | 11,040.00 | 30,881.77 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.54 | 30,829.23 |
| 05/29/13 * | | | REVERSAL OF POSTING ERROR Reverses Adjustment IN on 04/11/13 Entered in Error | 4210-003 | -5,520.00 | | 25,309.23 |

Page Subtotals: 0.00 / 17,040.30

UST Form 101-7-TFR (5/1/2011) (Page 10)
Ver 17.04b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 11-20954 -JPC | Trustee Name | Robert B Katz, Trustee |
| --- | --- | --- | --- |
| Case Name | ROOS, JASON A | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6701 | Account Number / CD # | *******7001 Checking Account |
| For Period Ending | 01/09/14 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/13 | | The Center for Physical Health Billing Department 2201 W. Schaumburg Rd Schaumburg, IL 60194 | Per court order 10/18/12 Replacement for Check 10001 voided in Error | 4210-000 | | 5,520.00 | 19,789.23 |
| * 05/29/13 | | Reverses Adjustment OUT on 04/11/13 | Rev. Adj of 4/11/13 and 11/29/12 Entered in Error | 4210-003 | | -11,040.00 | 30,829.23 |
| 06/03/13 | 010020 | Jason A. Roos 1898 Jamestown Circle Hoffman Estates, IL 60169 | DISBURSEMENT Replacement for Debtor's exemption check issued 11/27/12 | 8100-000 | | 15,000.00 | 15,829.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.29 | 15,781.94 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.91 | 15,752.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.42 | 15,728.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.38 | 15,705.23 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.60 | 15,682.63 |
| 11/06/13 | | State Farm Mutual Automobile Insurance JPMorgan Chase Bank, N.A. 2nd Floor Tampa, FL 33610 | DEPOSIT | 1142-000 | 135,000.00 | | 150,682.63 |
| 11/06/13 | 010021 | Eugene K. Hollander, Esq. 230 W. Monroe Suite 1900 Chicago, IL 60606 | ATTORNEY FEE | 3310-000 | | 49,169.35 | 101,513.28 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.62 | 101,444.66 |

Page Subtotals 135,000.00 58,864.57

UST Form 101-7-TFR (5/1/2011) (Page 11)
Ver 17.04b

Page 9
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 11-20954 -JPC | Trustee Name | Robert B Katz, Trustee |
|---|---|---|---|
| Case Name | ROOS, JASON A | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6701 | Account Number / CD # | ********7001 Checking Account |
| For Period Ending | 01/09/14 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 232,354.67 | 130,910.01 | 101,444.66 |
| | | | Less: Bank Transfers/CD's | | 97,354.67 | 21,792.82 | |
| | | | Subtotal | | 135,000.00 | 109,117.19 | |
| | | | Less Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 135,000.00 | 94,117.19 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market Account (Interest Earn - ********6987 | | 115,000.00 | 39,438.15 | 0.00 |
| | | | Checking Account - ********7001 | | 135,000.00 | 94,117.19 | 101,444.66 |
| | | | | | | | 101,444.66 |
| | | | | | 250,000.00 | 133,555.34 | Total Funds |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | On Hand |

Page Subtotals 0.00 0.00

Trustee's Signature _/s/ Robert B Katz, Trustee_ Date 01/09/14
ROBERT B KATZ, TRUSTEE

UST Form 101-7-TFR (5/1/2011) (Page 12)

Ver 17.04b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 07, 2014 |
|---|---|---|---|---|---|---|
| Case Number: 11-20954<br>Debtor Name: ROOS, JASON A | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3210-00 | Eugene K. Hollander, Esq<br>230 W. Monroe<br>Suite 1900<br>Chicago, IL 60606 | Administrative | | $0.00 | $39,355.51 | $39,355.51 |
| 001<br>3210-00 | Eugene K. Hollander, Esq<br>230 W. Monroe<br>Suite 1900<br>Chicago, IL 60606 | Administrative | | $0.00 | $49,169.35 | $49,169.35 |
| 001<br>3110-00 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $6,466.50 | $6,466.50 |
| BOND<br>999<br>2300-00 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | Administrative | | $0.00 | $61.88 | $61.88 |
| 050<br>4210-00 | Alexian Brothers<br>Attn: Suzanne Rosbach<br>3400 Salt Creek Lane<br>Arlington Heights, IL 6005 | Secured | | $0.00 | $18,400.00 | $18,400.00 |
| 050<br>4210-00 | The Center for Physical Health<br>Billing Department<br>2201 W. Schaumburg Rd.<br>Schaumburg, IL 60194 | Secured | | $0.00 | $5,520.00 | $5,520.00 |
| 050<br>4210-00 | Dr. John Mazzarella<br>Billing Department<br>1300 Iroquois Ave.<br>Suite 140A<br>Naperville, IL 60563 | Secured | | $0.00 | $5,060.00 | $5,060.00 |
| 050<br>4210-00 | Advanced physical Medicine<br>Association<br>Dr. John C. Sarantopoulos<br>Billing Department<br>490 W. Lake St.<br>Suite 105<br>Roselle, IL 60172 | Secured | | $0.00 | $3,450.00 | $3,450.00 |
| 050<br>4210-00 | Rogers Park One Day Surgery Center/<br>Paulina Anesthesia<br>7616 N. Paulina Ave.<br>Chicago, IL 60626 | Secured | | $0.00 | $5,290.00 | $5,290.00 |
| 050<br>4210-00 | MRI Professionals<br>Key Health Liens<br>30699 Russell Ranch Rd.<br>Westlake village, CA 91362 | Secured | | $0.00 | $1,000.00 | $1,000.00 |

Page 2                                              EXHIBIT C                                      Date: January 07, 2014
                                           ANALYSIS OF CLAIMS REGISTER

Case Number: 11-20954                              Claim Class Sequence
Debtor Name: ROOS, JASON A

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 050 4210-00 | Bloomingdale Open MRI<br>Attn: Barbara<br>303 E. Army Trail Rd<br>Ste. 110<br>Bloomingdale, IL 60108 | Secured | | $0.00 | $624.00 | $624.00 |
| 050 4210-00 | Gold Coast Orthopedic and Spine Surgery<br>C/O Dr. Robert Fink<br>1150 N. State St<br>2nd Floor<br>Chicago, IL 60610 | Secured | | $0.00 | $4,360.00 | $4,360.00 |
| 050 4210-00 | State Farm Insurance<br>Attn: Blake Russel, team 90<br>Subrogation Services<br>P.O. Box 2374<br>Bloomington, IL 61702 | Secured | | $0.00 | $667.67 | $667.67 |
| 999 8200-00 | JASON A ROOS<br>2197 S. Uecker Ln.<br>#1224<br>Lewisville, TX 75067 | Unsecured | | $0.00 | $0.00 | $50,005.13 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $931.10 | $931.10 |
| 000002 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $701.43 | $701.43 |
| 000003 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $18,337.25 | $18,337.25 |
| 000004 070 7100-00 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $12,350.50 | $12,350.50 |
| | Case Totals | | | $0.00 | $171,745.19 | $221,750.32 |

Code #   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-20954
Case Name: ROOS, JASON A
Trustee Name: Robert B. Katz, Trustee

Balance on hand $ 101,444.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Alexian Brothers | $ 18,400.00 | $ 18,400.00 | $ 18,400.00 | $ 0.00 |
| | The Center for Physical Health | $ 5,520.00 | $ 5,520.00 | $ 5,520.00 | $ 0.00 |
| | Dr. John Mazzarella | $ 5,060.00 | $ 5,060.00 | $ 5,060.00 | $ 0.00 |
| | Advanced physical Medicine Association | $ 3,450.00 | $ 3,450.00 | $ 3,450.00 | $ 0.00 |
| | Rogers Park One Day Surgery Center/ | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 0.00 |
| | MRI Professionals | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| | Bloomingdale Open MRI | $ 624.00 | $ 624.00 | $ 624.00 | $ 0.00 |
| | Gold Coast Orthopedic and Spine Surgery | $ 4,360.00 | $ 4,360.00 | $ 4,360.00 | $ 0.00 |
| | State Farm Insurance | $ 667.67 | $ 667.67 | $ 667.67 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 101,444.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 12,499.74 | $ 0.00 | $ 12,499.74 |
| Attorney for Trustee Fees: Eugene K. Hollander, Esq. | $ 38,333.33 | $ 38,333.33 | $ 0.00 |
| Attorney for Trustee Expenses: Eugene K. Hollander, Esq. | $ 1,022.18 | $ 1,022.18 | $ 0.00 |
| Other: International Sureties, LTD. | $ 61.88 | $ 61.88 | $ 0.00 |
| Other: Eugene K. Hollander, Esq. | $ 45,000.00 | $ 45,000.00 | $ 0.00 |
| Other: Eugene K. Hollander, Esq. | $ 4,169.35 | $ 4,169.35 | $ 0.00 |
| Other: Springer Brown, LLC | $ 6,466.50 | $ 0.00 | $ 6,466.50 |

Total to be paid for chapter 7 administrative expenses         $         18,966.24
Remaining Balance                                              $         82,478.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,320.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

UST Form 101-7-TFR (5/1/2011) *(Page 16)*

timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 931.10 | $ 0.00 | $ 931.10 |
| 000002 | FIA CARD SERVICES, N.A. | $ 701.43 | $ 0.00 | $ 701.43 |
| 000003 | Chase Bank USA, N.A. | $ 18,337.25 | $ 0.00 | $ 18,337.25 |
| 000004 | Sallie Mae | $ 12,350.50 | $ 0.00 | $ 12,350.50 |

Total to be paid to timely general unsecured creditors      $      32,320.28

Remaining Balance      $      50,158.14

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 153.01 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 50,005.13 .

# PROPOSED DISTRIBUTION

Case Number: 11-20954   JPC  
Debtor Name: ROOS, JASON A  
Date: January 9, 2014  
Page 1

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $101,444.66 |
| | Robert B. Katz, Trustee COMPENSATION | Admin | | $12,499.74 | $0.00 | $12,499.74 | $12,499.74 | $0.00 | $0.00 | $12,499.74 | $88,944.92 |
| | Robert B. Katz, Trustee EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88,944.92 |
| | Eugene K. Hollander, Esq. | Admin | 001 | $39,355.51 | $39,355.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88,944.92 |
| | Eugene K. Hollander, Esq. | Admin | 001 | $49,169.35 | $49,169.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $88,944.92 |
| | Springer Brown, LLC | Admin | 001 | $6,466.50 | $0.00 | $6,466.50 | $6,466.50 | $0.00 | $0.00 | $6,466.50 | $82,478.42 |
| BOND | International Sureties, LTD | Admin | 999 | $61.88 | $61.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Alexian Brothers | Sec | 050 | $18,400.00 | $18,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | The Center for Physical Health | Sec | 050 | $5,520.00 | $5,520.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Dr. John Mazzarella | Sec | 050 | $5,060.00 | $5,060.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Advanced physical Medicine Association | Sec | 050 | $3,450.00 | $3,450.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Rogers Park One Day Surgery Center/ | Sec | 050 | $5,290.00 | $5,290.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | MRI Professionals | Sec | 050 | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Bloomingdale Open MRI | Sec | 050 | $624.00 | $624.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| | Gold Coast Orthopedic and Spine Surgery | Sec | 050 | $4,360.00 | $4,360.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |

Printed: 01/09/14 02:01 PM     PROPDIS2  Ver: 17.04b

# PROPOSED DISTRIBUTION

Case Number: 11-20954   JPC
Debtor Name: ROOS, JASON A

Page 2

Date: January 9, 2014

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed P\mt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | State Farm Insurance | Sec | 050 | $667.67 | $667.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82,478.42 |
| 000001 | Discover Bank | Unsec | 070 | $931.10 | $0.00 | $931.10 | $931.10 | $0.00 | $4.41 | $935.51 | $81,542.91 |
| 000002 | FIA CARD SERVICES, N.A. | Unsec | 070 | $701.43 | $0.00 | $701.43 | $701.43 | $0.00 | $3.32 | $704.75 | $80,838.16 |
| 000003 | Chase Bank USA, N.A. | Unsec | 070 | $18,337.25 | $0.00 | $18,337.25 | $18,337.25 | $0.00 | $86.81 | $18,424.06 | $62,414.10 |
| 000004 | Sallie Mae | Unsec | 070 | $12,350.50 | $0.00 | $12,350.50 | $12,350.50 | $0.00 | $58.47 | $12,408.97 | $50,005.13 |
|  | JASON A ROOS | Unsec | 999 | $50,005.13 | $0.00 | $50,005.13 | $50,005.13 | $0.00 | $0.00 | $50,005.13 | $0.00 |
| << Totals >> |  |  |  | $234,250.06 | $132,958.41 | $101,291.65 | $101,291.65 | $0.00 | $153.01 | $101,444.66 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution. Interest was calculated from the Case Petition Date of 05/17/11 through 12/31/13 at a rate of 0.18% (annualized simple interest).

PROPDIS2   Ver: 17.04b

Printed: 01/09/14 02:01 PM