UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
ROOS, JASON A § Case No. 11-20954
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   U.S. Bankruptcy Court
   DIrksen Federal Building
   219 S. Dearborn St.
   Room 713
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/03/2014 in Courtroom 680,
   United States Courthouse
   219 S. Dearborn St.
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/26/2014          By: Robert B. Katz


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ROOS, JASON A § Case No. 11-20954
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 250,000.00 |
| and approved disbursements of | $ | 148,555.34 |
| leaving a balance on hand of[1] | $ | 101,444.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Alexian Brothers | $ 18,400.00 | $ 18,400.00 | $ 18,400.00 | $ 0.00 |
| | The Center for Physical Health | $ 5,520.00 | $ 5,520.00 | $ 5,520.00 | $ 0.00 |
| | Dr. John Mazzarella | $ 5,060.00 | $ 5,060.00 | $ 5,060.00 | $ 0.00 |
| | Advanced physical Medicine Association | $ 3,450.00 | $ 3,450.00 | $ 3,450.00 | $ 0.00 |
| | Rogers Park One Day Surgery Center/ | $ 5,290.00 | $ 5,290.00 | $ 5,290.00 | $ 0.00 |
| | MRI Professionals | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| | Bloomingdale Open MRI | $ 624.00 | $ 624.00 | $ 624.00 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Gold Coast Orthopedic and Spine Surgery | $ 4,360.00 | $ 4,360.00 | $ 4,360.00 | $ 0.00 |
| | State Farm Insurance | $ 667.67 | $ 667.67 | $ 667.67 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | | $ 0.00 |
| Remaining Balance | | $ 101,444.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 12,499.74 | $ 0.00 | $ 12,499.74 |
| Attorney for Trustee Fees: Eugene K. Hollander, Esq. | $ 38,333.33 | $ 38,333.33 | $ 0.00 |
| Attorney for Trustee Expenses: Eugene K. Hollander, Esq. | $ 1,022.18 | $ 1,022.18 | $ 0.00 |
| Other: International Sureties, LTD. | $ 61.88 | $ 61.88 | $ 0.00 |
| Other: Eugene K. Hollander, Esq. | $ 45,000.00 | $ 45,000.00 | $ 0.00 |
| Other: Eugene K. Hollander, Esq. | $ 4,169.35 | $ 4,169.35 | $ 0.00 |
| Other: Springer Brown, LLC | $ 6,466.50 | $ 0.00 | $ 6,466.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | | $ 18,966.24 |
| Remaining Balance | | $ 82,478.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,320.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 931.10 | $ 0.00 | $ 931.10 |
| 000002 | FIA CARD SERVICES, N.A. | $ 701.43 | $ 0.00 | $ 701.43 |
| 000003 | Chase Bank USA, N.A. | $ 18,337.25 | $ 0.00 | $ 18,337.25 |
| 000004 | Sallie Mae | $ 12,350.50 | $ 0.00 | $ 12,350.50 |

Total to be paid to timely general unsecured creditors  $ 32,320.28

Remaining Balance  $ 50,158.14

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

   To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 153.01 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.


   The amount of surplus returned to the debtor after payment of all claims and interest is $ 50,005.13 .


               Prepared By: /s/_____


*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                              Case No. 11-20954-JPC
Jason A Roos                                                        Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 1          Date Rcvd: Feb 27, 2014
                              Form ID: pdf006            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2014.
db           #+Jason A Roos,    1898 Jamestown Circle,    Hoffman Estates, IL 60169-6826
aty           +Eugene Hollander,    Marks Marks & Kaplan,    120 N Lasalle Ste 3200,    Chicago, IL 60602-2416
17517605     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17287398     #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17287399      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17582535       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17287401      +Eugene K. Hollander,    230 Monroe,    Ste. 1900,   Chicago, IL 60606-4710
17287402      +Fashion Bug/soanb,    Po Box 84073,    Columbus, GA 31908-4073
17287403      +Freedman Anselmo Lindberg & Rappe,    1807 W Diehl - Suite 333,    PO Box 3107,
                Naperville, IL 60566-7107
17287404      +GMAC,   Attention: Bankruptcy Dept.,     1100 Virginia Drive,    Fort Washington, PA 19034-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17498566       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2014 00:43:17     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17287400      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 28 2014 00:43:17     Discover Fin,   Po Box 6103,
                Carol Stream, IL 60197-6103
17287405      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 28 2014 00:33:16     Sallie Mae,   P.O. Box 9500,
                Wilkes Barre, PA 18773-9500
17640460      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 28 2014 00:34:07     Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
              David Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David Gallagher    on behalf of Debtor Jason A Roos dgallagher@lawsolutionsbk.com,
               dgallagher@lawsolutionsbk.com
              Jose G Moreno    on behalf of Creditor   GMAC Mortgage, LLC nd-one@il.cslegal.com
              Joshua D. Greene    on behalf of Trustee Robert B Katz, ESQ jgreene@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    on behalf of Trustee Robert B Katz, ESQ rkatz@epitrustee.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```