# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROOS, JASON A | § | Case No. 11-20954 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jason A. Roos |  |  |  |
| JASON A ROOS |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | ADVANCED PHYSICAL MEDICINE ASSOCIAT | | | | | |
| | ALEXIAN BROTHERS | | | | | |
| | BLOOMINGDALE OPEN MRI | | | | | |
| | DR. JOHN MAZZARELLA | | | | | |
| | GOLD COAST ORTHOPEDIC AND SPINE SUR | | | | | |
| | MRI PROFESSIONALS | | | | | |
| | ROGERS PARK ONE DAY SURGERY CENTER/ | | | | | |
| | STATE FARM INSURANCE | | | | | |
| | THE CENTER FOR PHYSICAL HEALTH | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| EUGENE K. HOLLANDER, ESQ. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE K. HOLLANDER, ESQ. | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| EUGENE K. HOLLANDER, ESQ. | | | | | |
| EUGENE K. HOLLANDER, ESQ. | | | | | |
| EUGENE K. HOLLANDER, ESQ. | | | | | |
| EUGENE K. HOLLANDER, ESQ. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Eugene K. Hollander 230 Monroe Ste. 1900 Chicago, IL 60606 | | | | | |
| | Fashion Bug/soanb Po Box 84073 Columbus, GA 31908 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Freedman Anselmo Lindberg & Rappe 1807 W Diehl - Suite 333 PO Box 3107 Naperville, IL 60566 | | | | | |
| | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | SALLIE MAE | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-20954 | JPC | Judge: JACQUELINE P. COX |
|---|---|---|---|
| Case Name: | ROOS, JASON A | | |

For Period Ending: 06/16/14

| Trustee Name: | Robert B. Katz, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 05/17/11 (f) |
| 341(a) Meeting Date: | 06/23/11 |
| Claims Bar Date: | 09/28/11 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real Estate located at: 1898 Jamestown Circle, Hof | 96,000.00 | 0.00 | | 0.00 | FA |
| 2. | Checking account with Harris Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. | Miscellaneous used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. | Personal used clothing | 350.00 | 0.00 | | 0.00 | FA |
| 5. | Employer - Term Life Insurance - no cash surrender | 0.00 | 0.00 | | 0.00 | FA |
| 6. | 401k through employer | 15,315.99 | 0.00 | | 0.00 | FA |
| 7. | Potential personal injury award Jason Roos and Ama | Unknown | 250,000.00 | | 250,000.00 | FA |
| 8. | Debtor received a tax refund of $2,113.00 for 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 9. | 98 Chevrolet Cavalier, 220,000 miles Value per Kel | 1,760.00 | 0.00 | | 0.00 | FA |

|  | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $115,825.99 | $250,000.00 | $250,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Special counsel settled a cause of action for personal injury to debtor. Hearing on TFR 4/3/14. Funds disbursed 4/7/14.

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-20954  -JPC |
| Case Name: | ROOS, JASON A |
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6987  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/12 | 7 | Alstate | DEPOSIT | 1142-000 | 15,000.00 | | 15,000.00 |
| * 11/21/12 | | American Family Unsurance Group | DEPOSIT | 1142-003 | 100,000.00 | | 115,000.00 |
| 11/27/12 | 100001 | Eugene K. Hollander, Esq. 230 W. Monroe Suite 1900 Chicago, IL 60606 | DISBURSEMENT Inclusive of any amounts due Donald Nathan | | | 39,355.51 | 75,644.49 |
| | | | Fees          38,333.33 | 3210-000 | | | |
| | | | Expenses       1,022.18 | 3220-000 | | | |
| * 11/27/12 | 100002 | Jason A. roos 1898 Jamestown Circle Hoffman Estates, IL 60169 | DEBTOR'S EXEMPTION | 8100-004 | | 15,000.00 | 60,644.49 |
| * 11/28/12 | 100003 | Alexian Brothers Attn: Suzanne Rosbach 3400 Salt Creek Lane Arlington Heights, IL 6005 | Per court order 10/18/12. | 4210-004 | | 18,400.00 | 42,244.49 |
| 11/28/12 | | Transfer to Acct #*******7001 | Bank Funds Transfer | 9999-000 | | 42,244.49 | 0.00 |
| * 11/30/12 | 100003 | Alexian Brothers Attn: Suzanne Rosbach 3400 Salt Creek Lane Arlington Heights, IL 6005 | STOP PAYMENT REVERSAL MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -18,400.00 | 18,400.00 |
| * 12/18/12 | | American Family Unsurance Group | Check Bounced After bank informed us that check had cleared, it was rejected by the issuing bank for insufficient signatures. | 1142-003 | -100,000.00 | | -81,600.00 |
| 12/18/12 | 7 | American Family Insurance Group Madison, WI | DEPOSIT | 1142-000 | 100,000.00 | | 18,400.00 |
| 12/21/12 | | Transfer from Acct #*******7001 | Bank Funds Transfer | 9999-000 | 21,792.82 | | 40,192.82 |
| 12/21/12 | | Transfer to Acct #*******7001 | Bank Funds Transfer | 9999-000 | | 21,792.82 | 18,400.00 |

Page Subtotals                136,792.82          118,392.82

Ver: 18.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2                                                                                          Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| Case No: | 11-20954  -JPC | | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ROOS, JASON A | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6987  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6701 | | | |
| For Period Ending: | 06/16/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.35 | 18,394.65 |
| * 01/22/13 | 100002 | Jason A. roos | STOP PAYMENT REVERSAL | 8100-004 | | -15,000.00 | 33,394.65 |
| | | 1898 Jamestown Circle | MANUAL STOP PAY ACCEPTANCE | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |
| 01/22/13 | | Associated Bank | SERVICE CHARGE | 2600-000 | | 77.29 | 33,317.36 |
| 01/29/13 | | Transfer to Acct #*******7001 | Final Posting Transfer | 9999-000 | | 33,317.36 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 136,792.82 | 136,792.82 | 0.00 |
| Less:  Bank Transfers/CD's | 21,792.82 | 97,354.67 | |
| Subtotal | 115,000.00 | 39,438.15 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 115,000.00 | 39,438.15 | |

Page Subtotals                    0.00              18,400.00

Ver: 18.00

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-20954  -JPC |
| Case Name: | ROOS, JASON A |
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 11/28/12 | | Transfer from Acct #*******6987 | Bank Funds Transfer | 9999-000 | 42,244.49 | | 42,244.49 |
| * | 11/28/12 | 010001 | The Center for Physical Health<br>Billing Department<br>2201 W. Schaumburg Rd.<br>Schaumburg, IL 60194 | Per court order 10/18/12. | 4210-003 | | 5,520.00 | 36,724.49 |
| * | 11/28/12 | 010002 | Dr. John Mazzarella<br>Billing Department<br>1300 Iroquois Ave.<br>Suite 140A<br>Naperville, IL 60563 | Per court order 10/18/12. | 4210-004 | | 5,060.00 | 31,664.49 |
| * | 11/28/12 | 010003 | Advanced physical Medicine Association<br>Dr. John C. Sarantopoulos<br>Billing Department<br>490 W. Lake St.<br>Suite 105<br>Roselle, IL 60172 | Per court order 10/18/12. | 4210-004 | | 3,450.00 | 28,214.49 |
| * | 11/28/12 | 010004 | Rogers Park One Day Surgery Center/<br>Paulina Anesthesia<br>7616 N. Paulina Ave.<br>Chicago, IL 60626 | Per court order 10/18/12. | 4210-004 | | 5,290.00 | 22,924.49 |
| * | 11/28/12 | 010005 | MRI Professionals<br>Key Health Liens<br>30699 Russell Ranch Rd.<br>Westlake village, CA 91362 | Per court order 10/18/12. | 4210-004 | | 1,000.00 | 21,924.49 |
| * | 11/28/12 | 010006 | Bloomingdale Open MRI<br>Attn: Barbara<br>303 E. Army Trail Rd<br>Ste. 110<br>Bloomingdale, IL 60108 | Per court order 10/18/12. | 4210-004 | | 624.00 | 21,300.49 |

Page Subtotals      42,244.49      20,944.00

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-20954  -JPC | |
| Case Name: | ROOS, JASON A | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 11/28/12 | 010007 | Gold Coast Orthopedic and Spine Surgery C/O Dr. Robert Fink 1150 N. State St. 2nd Floor Chicago, IL 60610 | Per court order 10/18/12. | 4210-003 | | 4,630.00 | 16,670.49 |
| * | 11/28/12 | 010007 | Gold Coast Orthopedic and Spine Surgery C/O Dr. Robert Fink 1150 N. State St. 2nd Floor Chicago, IL 60610 | Per court order 10/18/12. | 4210-003 | | -4,630.00 | 21,300.49 |
| * | 11/28/12 | 010008 | State Farm Insurance Attn: Blake Russel, team 90 Subrogation Services P.O. Box 2374 Bloomington, IL 61702 | Per court order 10/18/12. | 4210-004 | | 667.67 | 20,632.82 |
| * | 11/28/12 | 010009 | Gold Coast Orthopedic and Spine Surgery C/O Dr. Robert Fink 1150 N. State St. 2nd Floor Chicago, IL 60610 | Per Court order 10/18/12. | 4210-004 | | 4,360.00 | 16,272.82 |
| * | 11/29/12 | 010001 | The Center for Physical Health Billing Department 2201 W. Schaumburg Rd. Schaumburg, IL 60194 | Per court order 10/18/12. | 4210-003 | | -5,520.00 | 21,792.82 |
| * | 11/30/12 | 010002 | Dr. John Mazzarella Billing Department 1300 Iroquois Ave. Suite 140A Naperville, IL 60563 | STOP PAYMENT REVERSAL MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -5,060.00 | 26,852.82 |
| * | 11/30/12 | 010003 | Advanced physical Medicine Association | STOP PAYMENT REVERSAL | 4210-004 | | -3,450.00 | 30,302.82 |

Page Subtotals      0.00      -9,002.33

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2    Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 11-20954 -JPC |
| Case Name: | ROOS, JASON A |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dr. John C. Sarantopoulos<br>Billing Department<br>490 W. Lake St.<br>Suite 105<br>Roselle, IL 60172 | MANUAL STOP PAY ACCEPTANCE | | | | |
| * 11/30/12 | 010004 | Rogers Park One Day Surgery Center/<br>Paulina Anesthesia<br>7616 N. Paulina Ave.<br>Chicago, IL 60626 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -5,290.00 | 35,592.82 |
| * 11/30/12 | 010005 | MRI Professionals<br>Key Health Liens<br>30699 Russell Ranch Rd.<br>Westlake village, CA 91362 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -1,000.00 | 36,592.82 |
| * 11/30/12 | 010008 | State Farm Insurance<br>Attn: Blake Russel, team 90<br>Subrogation Services<br>P.O. Box 2374<br>Bloomington, IL 61702 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -667.67 | 37,260.49 |
| * 11/30/12 | 010009 | Gold Coast Orthopedic and Spine Surgery<br>C/O Dr. Robert Fink<br>1150 N. State St.<br>2nd Floor<br>Chicago, IL 60610 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | 4210-004 | | -4,360.00 | 41,620.49 |
| 12/21/12 | | Transfer from Acct #*******6987 | Bank Funds Transfer | 9999-000 | 21,792.82 | | 63,413.31 |
| 12/21/12 | | Transfer to Acct #*******6987 | Bank Funds Transfer | 9999-000 | | 21,792.82 | 41,620.49 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.81 | 41,612.68 |
| 01/22/13 | | Associated Bank | SERVICE CHARGE | 2600-000 | | 4.51 | 41,608.17 |
| 01/29/13 | | Transfer from Acct #*******6987 | Transfer In From MMA Account | 9999-000 | 33,317.36 | | 74,925.53 |
| * 01/29/13 | 010006 | Bloomingdale Open MRI<br>Attn: Barbara | Check rejected by bank. | 4210-004 | | -624.00 | 75,549.53 |

| | | |
|---|---|---|
| Page Subtotals | 55,110.18 | 9,863.47 |

Ver: 18.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-20954 -JPC |
| Case Name: | ROOS, JASON A |
| | |
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 303 E. Army Trail Rd | | | | | |
| | | Ste. 110 | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| * 02/06/13 | 010010 | Jason A. Roos | DISBURSEMENT | 8100-004 | | 15,000.00 | 60,549.53 |
| | | 1898 Jamestown Circle | Replacement for Debtor's exemption check issued | | | | |
| | | Hoffman Estates, IL 60169 | 11/27/12. | | | | |
| * 02/06/13 | 010010 | Jason A. Roos | Stop Payment Reversal | 8100-004 | | -15,000.00 | 75,549.53 |
| | | 1898 Jamestown Circle | STOP PAY ADD SUCCESSFUL | | | | |
| | | Hoffman Estates, IL 60169 | | | | | |
| 02/06/13 | 010011 | Alexian Brothers | DISBURSEMENT | 4210-000 | | 18,400.00 | 57,149.53 |
| | | Attn: Suzanne Rosbach | Replacement for check issued 11/28/12. | | | | |
| | | 3400 Salt Creek Lane | | | | | |
| | | Arlington Heights, IL 6005 | | | | | |
| 02/06/13 | 010012 | Dr. John Mazzarella | DISBURSEMENT | 4210-000 | | 5,060.00 | 52,089.53 |
| | | Billing Department | Replacement for check issued 11/28/12. | | | | |
| | | 1300 Iroquois Ave. | | | | | |
| | | Suite 140A | | | | | |
| | | Naperville, IL 60563 | | | | | |
| 02/06/13 | 010013 | Advanced physical Medicine Association | DISBURSEMENT | 4210-000 | | 3,450.00 | 48,639.53 |
| | | Dr. John C. Sarantopoulos | Replacement for check issued 11/28/12. | | | | |
| | | Billing Department | | | | | |
| | | 490 W. Lake St. | | | | | |
| | | Suite 105 | | | | | |
| | | Roselle, IL 60172 | | | | | |
| 02/06/13 | 010014 | Rogers Park One Day Surgery Center/ | DISBURSEMENT | 4210-000 | | 5,290.00 | 43,349.53 |
| | | Paulina Anesthesia | Replacement for check issued 11/28/12. | | | | |
| | | 7616 N. Paulina Ave. | | | | | |
| | | Chicago, IL 60626 | | | | | |
| 02/06/13 | 010015 | MRI Professionals | DISBURSEMENT | 4210-000 | | 1,000.00 | 42,349.53 |
| | | Key Health Liens | Replacement for check issued 11/28/12. | | | | |

Page Subtotals                    0.00            33,200.00

Ver: 18.00

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-20954  -JPC |
| Case Name: | ROOS, JASON A |

| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/06/13 | 010016 | 30699 Russell Ranch Rd.<br>Westlake village, CA 91362<br>Bloomingdale Open MRI<br>Attn: Barbara<br>303 E. Army Trail Rd<br>Ste. 110<br>Bloomingdale, IL 60108 | DISBURSEMENT<br>Replacement for check issued 11/28/12. | 4210-000 | | 624.00 | 41,725.53 |
| 02/06/13 | 010017 | Gold Coast Orthopedic and Spine Surgery<br>C/O Dr. Robert Fink<br>1150 N. State St.<br>2nd Floor<br>Chicago, IL 60610 | DISBURSEMENT<br>Replacement for check issued 11/28/12. | 4210-000 | | 4,360.00 | 37,365.53 |
| 02/06/13 | 010018 | State Farm Insurance<br>Attn: Blake Russel, team 90<br>Subrogation Services<br>P.O. Box 2374<br>Bloomington, IL 61702 | DISBURSEMENT<br>Replacement for check issued 11/28/12. | 4210-000 | | 667.67 | 36,697.86 |
| 02/07/13 | 010019 | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | DISBURSEMENT | 2300-000 | | 61.88 | 36,635.98 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 104.08 | 36,531.90 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.54 | 36,462.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.59 | 36,401.77 |
| * 04/11/13 | | THE CENTER FOR PHYSICAL HEALTH | REVERSAL OF POSTING ERROR | 4210-003 | 5,520.00 | | 41,921.77 |
| * 04/11/13 | | THE CENTER FOR PHYSICAL HEALTH | Rev. Adj. of 4/11/13 and 11/29/12 | 4210-003 | | 11,040.00 | 30,881.77 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 52.54 | 30,829.23 |
| * 05/29/13 | | Reverses Adjustment IN on 04/11/13 | REVERSAL OF POSTING ERROR<br>Entered in Error | 4210-003 | -5,520.00 | | 25,309.23 |

Page Subtotals          0.00          17,040.30

Ver: 18.00

FORM 2

Page:    8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-20954  -JPC | |
| Case Name: | ROOS, JASON A | |
| | | |
| Taxpayer ID No: | *******6701 | |
| For Period Ending: | 06/16/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/13 | | The Center for Physical Health<br>Billing Department<br>2201 W. Schaumburg Rd.<br>Schaumburg, IL 60194 | Per court order 10/18/12.<br>Replacement for Check 10001 voided in Error | 4210-000 | | 5,520.00 | 19,789.23 |
| * 05/29/13 | | Reverses Adjustment OUT on 04/11/13 | Rev. Adj. of 4/11/13 and 11/29/12<br>Entered in Error | 4210-003 | | -11,040.00 | 30,829.23 |
| 06/03/13 | 010020 | Jason A. Roos<br>1898 Jamestown Circle<br>Hoffman Estates, IL 60169 | DISBURSEMENT<br>Replacement for Debtor's exemption check issued<br>11/27/12. | 8100-000 | | 15,000.00 | 15,829.23 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.29 | 15,781.94 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.91 | 15,752.03 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.42 | 15,728.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.38 | 15,705.23 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.60 | 15,682.63 |
| 11/06/13 | | State Farm Mutual Automobile Insurance<br>JPMorgan Chase Bank, NA<br>2nd Floor<br>Tampa, FL 33610 | DEPOSIT | 1142-000 | 135,000.00 | | 150,682.63 |
| 11/06/13 | 010021 | Eugene K. Hollander, Esq.<br>230 W. Monroe<br>Suite 1900<br>Chicago, IL 60606 | ATTORNEY FEE | | | 49,169.35 | 101,513.28 |
| | | | Fees           45,000.00 | 3310-000 | | | |
| | | | Expenses      4,169.35 | 3320-000 | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 68.62 | 101,444.66 |
| 04/07/14 | 010022 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604 | Chapter 7 Compensation/Fees | 2100-000 | | 12,499.74 | 88,944.92 |

| | | | Page Subtotals | 135,000.00 | 71,364.31 | |
|---|---|---|---|---|---|---|

Ver: 18.00

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   9

Exhibit 9

| Case No: | 11-20954  -JPC | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ROOS, JASON A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7001  Checking Account |
| Taxpayer ID No: | *******6701 | | |
| For Period Ending: | 06/16/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | 010023 | Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3210-000 | | 6,466.50 | 82,478.42 |
| 04/07/14 | 010024 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.47363% | | | 935.51 | 81,542.91 |
| | | | Claim       931.10 | 7100-000 | | | |
| | | | Interest       4.41 | 7990-000 | | | |
| 04/07/14 | 010025 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000002, Payment 100.47332% | | | 704.75 | 80,838.16 |
| | | | Claim       701.43 | 7100-000 | | | |
| | | | Interest       3.32 | 7990-000 | | | |
| 04/07/14 | 010026 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 100.47341% | | | 18,424.06 | 62,414.10 |
| | | | Claim     18,337.25 | 7100-000 | | | |
| | | | Interest      86.81 | 7990-000 | | | |
| 04/07/14 | 010027 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000004, Payment 100.47342% | | | 12,408.97 | 50,005.13 |
| | | | Claim     12,350.50 | 7100-000 | | | |
| | | | Interest      58.47 | 7990-000 | | | |
| 04/07/14 | 010028 | JASON A ROOS<br>2197 S. Uecker Ln.<br>#1224 | Surplus Funds | 8200-002 | | 50,005.13 | 0.00 |

| | | | | Page Subtotals | 0.00 | 88,944.92 | |

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    10

Exhibit 9

| Case No: | 11-20954 -JPC |
| Case Name: | ROOS, JASON A |
| | |
| Taxpayer ID No: | *******6701 |
| For Period Ending: | 06/16/14 |

| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7001 Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Lewisville, TX  75067 | | | | | |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 232,354.67 | 232,354.67 | 0.00 |
| Less:  Bank Transfers/CD's | | 97,354.67 | 21,792.82 | |
| Subtotal | | 135,000.00 | 210,561.85 | |
| Less:  Payments to Debtors | | | 65,005.13 | |
| Net | | 135,000.00 | 145,556.72 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******6987 | 115,000.00 | 39,438.15 | 0.00 |
| Checking Account - ********7001 | 135,000.00 | 145,556.72 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 250,000.00 | 184,994.87 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    Robert B. Katz, Trustee

Trustee's Signature: _____    Date: 06/16/14

ROBERT B. KATZ, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 18.00